| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) <br> United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630) <br> Chief, Criminal Division |
| 4 | DEREK OWENS (CABN 230237) <br> Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor <br> San Francisco, California 94102 <br> Telephone: (415) 436-6488 |
| 7 | Fax: (415) 436-7234 <br> Email: Derek.Owens@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

**FILED**

JUL 2 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-11-70348 JL |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING HEARING FROM |
| | ) | JULY 22, 2011 TO SEPTEMBER 12, 2011 |
| JOSEPH LAURENSON, | ) | |
| Defendant. | ) | |

This case is scheduled for an arraignment or preliminary hearing on July 22, 2011. The parties have made progress negotiating a potential pre-indictment resolution but have not yet reached a complete resolution on the case. The parties believe that continued discussions are in the interests of the defendant and the government. A continuance of the scheduled hearing will allow the parties enough time to review and confer on discovery and come to a resolution on the case. The time is required for the effective preparation and continuity of defense counsel in representation of defendant.

The parties hereby jointly and respectfully request that the Court continue this matter to

STIP. AND ORDER
CR 3-11-70348 JL

1  Monday, September 12, 2011 at 9:30 a.m., before the duty Magistrate Judge for a preliminary
2  hearing.

3　　　　　The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP)
4  5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from July 22, 2011 through
5  September 12, 2011. The parties agree that – taking into account the public interest in prompt
6  disposition of criminal cases – good cause exists for this extension. Defendant also agrees to
7  exclude for this period of time any time limits applicable under Title 18, United States Code,
8  Section 3161. The parties represent that granting the continuance is the reasonable time
9  necessary for continuity of defense counsel and effective preparation of defense counsel, taking
10 into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also
11 agree that the ends of justice served by granting such a continuance outweighed the best interests
12 of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

14 SO STIPULATED:

15　　　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

17 DATED: 7/20/2011　　　　　　　　　　　　/s/ Derek Owens

　　　　　　　　　　　　　　　　　　　　　　　DEREK OWENS
18　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

20 DATED: 7/20/2011　　　　　　　　　　　　/s/ Ronald Tyler

　　　　　　　　　　　　　　　　　　　　　　　RONALD TYLER
21　　　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant

23　　　　　For the reasons stated above, the Court hereby vacates the July 22, 2011 hearing before
24 Magistrate Judge Timothy J. Bommer and continues it to Monday, September 12, 2011 at 9:30
25 a.m., before the duty Magistrate Judge for a preliminary hearing. The Court further finds that an
26 exclusion of time from July 22, 2011 through September 12, 2011 is warranted and that the ends
27 of justice served by the continuance outweigh the best interests of the public and the defendant in
28 a speedy trial. See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested

STIP. AND ORDER
CR 3-11-70348 JL　　　　　　　　　　　　　2

1 continuance would deny the defendant of continuity of counsel and would deny defense counsel
2 the reasonable time necessary for effective preparation, taking into account the exercise of due
3 diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

5 SO ORDERED.

7 DATED: 7/21/11

THE HONORABLE TIMOTHY J. BOMMER
United States Magistrate Judge